**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
LILIT ARABYAN, SB# 311431
  E-Mail: Lilit.Arabyan@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
COUNTY OF RIVERSIDE, RIVERSIDE
COUNTY SHERIFF'S DEPARTMENT,
SHERIFF CHAD BIANCO, EDWARD
DELGADO, JAMES KRACHMER, and
DAVID HOLM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ESTATE OF MARIO SOLIS, by and through successor in interest, Sara Solis; SARA SOLIS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, a public entity, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; SHERIFF CHAD BIANCO, in his individual and official capacities; EDWARD DELGADO; JAMES KRACHMER; DAVID HOLM; MARIO CORREA; DONALD MILL; HOWARD MCNEIL; CHARLES TANGER; PATRICK LINDO; ALAN DEWIT; THOMAS WALKER; JAMES GRIESENGE;, SPENCER RUSTAD; JUSTIN WILLIAMS; JESSEE DEVERA; AARON PEREZ; SHIRLEY BAUTISTA; JUNE DORESTIN; JOANNA RIOS-MONTOYA; SARAH PUGH; HOA TRUC VU; and DOES 1 through 10, individually, jointly and severally,<br><br>Defendants. | Case No. 5:23-cv-00989-HDV-SP<br>[*Hon. Hernán D. Vera, Dist. Judge;<br>Sheri Pym, M. Judge*]<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**<br><br><br>Complaint Filed: May 31, 2023<br>Trial Date: March 4, 2025 |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  Defendants COUNTY OF RIVERSIDE ("County"), SHERIFF CHAD
2  BIANCO, EDWARD DELGADO, JAMES KRACHMER, DAVID HOLM, MARIO
3  CORREA, DONALD MILLS, HOWARD MCNEIL, CHARLES TANGER,
4  PATRICK LINDO, ALAN DEWIT, THOMAS WALKER, JAMES GRIESENGER,
5  SPENCER RUSTAD, JUSTIN WILLIAMS, JESSEE DEVERA, AARON PEREZ,
6  SHIRLEY BAUTISTA, JUNE DORESTIN, JOANNA RIOS-MONTOYA, SARAH
7  PUGH, AND HOA TRUC VU (collectively "Defendants") hereby answer Plaintiffs'
8  Second Amended Complaint for Damages (Doc. 39; hereinafter referred to as the
9  "Complaint") and Defendants hereby admit, deny, and allege as follows:

10  **ANSWER TO COMPLAINT**

11  1.    Answering paragraph 1 of the Complaint, under the header
12  "Introduction": Defendants do not have sufficient knowledge, or information or
13  belief, to enable Defendants to answer the allegations contained within such
14  paragraph, as stated, and on those grounds deny generally and specifically each and
15  every of the allegations contained therein – and Defendants deny all liability and/or
16  wrongdoing.

17  2.    Answering paragraph 2 of the Complaint, under the header
18  "Introduction": Defendants do not have sufficient knowledge, or information or
19  belief, to enable Defendants to answer the allegations contained within such
20  paragraph, as stated, and on those grounds deny generally and specifically each and
21  every of the allegations contained therein – and Defendants deny all liability and/or
22  wrongdoing.

23  3.    Answering paragraph 3 of the Complaint, under the header
24  "Introduction": Defendants do not have sufficient knowledge, or information or
25  belief, to enable Defendants to answer the allegations contained within such
26  paragraph, as stated, and on those grounds deny generally and specifically each and
27  every of the allegations contained therein – and Defendants deny all liability and/or
28  wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    4.    Answering paragraph 4 of the Complaint, under the header

2 "Introduction": Defendants do not have sufficient knowledge, or information or

3 belief, to enable Defendants to answer the allegations contained within such

4 paragraph, as stated, and on those grounds deny generally and specifically each and

5 every of the allegations contained therein – and Defendants deny all liability and/or

6 wrongdoing.

7    5.    Answering paragraph 5 of the Complaint, under the header

8 "Introduction": Defendants do not have sufficient knowledge, or information or

9 belief, to enable Defendants to answer the allegations contained within such

10 paragraph, as stated, and on those grounds deny generally and specifically each and

11 every of the allegations contained therein – and Defendants deny all liability and/or

12 wrongdoing.

13    6.    Answering paragraph 6 of the Complaint, under the header

14 "Introduction": Defendants do not have sufficient knowledge, or information or

15 belief, to enable Defendants to answer the allegations contained within such

16 paragraph, as stated, and on those grounds deny generally and specifically each and

17 every of the allegations contained therein – and Defendants deny all liability and/or

18 wrongdoing.

19    7.    Answering paragraph 7 of the Complaint, under the header "Jurisdiction

20 and Venue": Defendants admit that jurisdiction is conferred upon this Court by 28

21 U.S.C. §§ 1331 and 1343. As to the remaining allegations in this paragraph,

22 Defendants do not have sufficient knowledge, or information or belief, to enable

23 Defendants to answer the allegations contained within such paragraph, as stated, and

24 on those grounds deny generally and specifically each and every of the allegations

25 contained therein – and Defendants deny all liability and/or wrongdoing.

26 / / /

27 / / /

28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

8.      Answering paragraph 8 of the Complaint, under the header "Jurisdiction and Venue": Defendant admits that this action was properly filed in this Court.  As to the remaining allegations in this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

9.      Answering paragraph 9 of the Complaint, under the header "Jurisdiction and Venue": Defendants admit that venue is proper under 28 U.S.C. § 1391(b). As to the remaining allegations in this paragraph, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

10.     Answering paragraph 10 of the Complaint, under the header "Pendant Claims": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

11.     Answering paragraph 11 of the Complaint, under the header "Pendant Claims": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

/ / /

/ / /


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

12.     Answering paragraph 12 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

13.     Answering paragraph 13 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

14.     Answering paragraph 14 of the Complaint, under the header "Parties": Defendant objects to the Argumentative portions of this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

15.     Answering paragraph 15 of the Complaint, under the header "Parties": Defendants admit that Chad Bianco is Sheriff of County of Riverside.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

16.     Answering paragraph 16 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

17.    Answering paragraph 17 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

18.    Answering paragraph 18 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

19.    Answering paragraph 19 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

20.    Answering paragraph 20 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

21.    Answering paragraph 21 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

/ / /


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

22.    Answering paragraph 22 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

23.    Answering paragraph 23 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

24.    Answering paragraph 24 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

25.    Answering paragraph 25 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

26.    Answering paragraph 26 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

/ / /



27.    Answering paragraph 27 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

28.    Answering paragraph 28 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

29.    Answering paragraph 29 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

30.    Answering paragraph 30 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

31.    Answering paragraph 31 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1

8

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

32.     Answering paragraph 32 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

33.     Answering paragraph 33 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

34.     Answering paragraph 34 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

35.     Answering paragraph 35 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

36.     Answering paragraph 36 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

37.     Answering paragraph 37 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

38.     Answering paragraph 38 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

39.     Answering paragraph 39 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

40.     Answering paragraph 40 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

41.     Answering paragraph 41 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

42.    Answering paragraph 42 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

43.    Answering paragraph 43 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

44.    Answering paragraph 44 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

45.    Answering paragraph 45 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

46.    Answering paragraph 46 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1

11

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

47.    Answering paragraph 47 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

48.    Answering paragraph 48 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

49.    Answering paragraph 49 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

50.    Answering paragraph 50 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

51.    Answering paragraph 51 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

52.    Answering paragraph 52 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

53.    Answering paragraph 53 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

54.    Answering paragraph 54 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

55.    Answering paragraph 55 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

56.    Answering paragraph 56 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

57.    Answering paragraph 57 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

58.    Answering paragraph 58 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

59.    Answering paragraph 59 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

60.    Answering paragraph 60 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  specifically each and every of the allegations contained therein – and Defendants deny
2  all liability and/or wrongdoing.

3      61.   Answering paragraph 61 of the Complaint, under the header "Factual
4  Allegations Common to All Causes of Action": Defendants do not have sufficient
5  knowledge, or information or belief, to enable Defendants to answer the allegations
6  contained within such paragraph, as stated, and on those grounds deny generally and
7  specifically each and every of the allegations contained therein – and Defendants deny
8  all liability and/or wrongdoing.

9      62.   Answering paragraph 62 of the Complaint, under the header "Factual
10  Allegations Common to All Causes of Action": Defendants do not have sufficient
11  knowledge, or information or belief, to enable Defendants to answer the allegations
12  contained within such paragraph, as stated, and on those grounds deny generally and
13  specifically each and every of the allegations contained therein – and Defendants deny
14  all liability and/or wrongdoing.

15      63.   Answering paragraph 63 of the Complaint, under the header "Factual
16  Allegations Common to All Causes of Action": Defendants do not have sufficient
17  knowledge, or information or belief, to enable Defendants to answer the allegations
18  contained within such paragraph, as stated, and on those grounds deny generally and
19  specifically each and every of the allegations contained therein – and Defendants deny
20  all liability and/or wrongdoing.

21      64.   Answering paragraph 64 of the Complaint, under the header "Factual
22  Allegations Common to All Causes of Action": Defendants do not have sufficient
23  knowledge, or information or belief, to enable Defendants to answer the allegations
24  contained within such paragraph, as stated, and on those grounds deny generally and
25  specifically each and every of the allegations contained therein – and Defendants deny
26  all liability and/or wrongdoing.

27  / / /
28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

65. Answering paragraph 65 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

66. Answering paragraph 66 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

67. Answering paragraph 67 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

68. Answering paragraph 68 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

69. Answering paragraph 69 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1

16

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

1  specifically each and every of the allegations contained therein – and Defendants deny

2  all liability and/or wrongdoing.

3      70.    Answering paragraph 70 of the Complaint, under the header "Factual

4  Allegations Common to All Causes of Action": Defendants do not have sufficient

5  knowledge, or information or belief, to enable Defendants to answer the allegations

6  contained within such paragraph, as stated, and on those grounds deny generally and

7  specifically each and every of the allegations contained therein – and Defendants deny

8  all liability and/or wrongdoing.

9      71.    Answering paragraph 71 of the Complaint, under the header "Factual

10  Allegations Common to All Causes of Action": Defendants do not have sufficient

11  knowledge, or information or belief, to enable Defendants to answer the allegations

12  contained within such paragraph, as stated, and on those grounds deny generally and

13  specifically each and every of the allegations contained therein – and Defendants deny

14  all liability and/or wrongdoing.

15      72.    Answering paragraph 72 of the Complaint, under the header "Factual

16  Allegations Common to All Causes of Action": Defendants do not have sufficient

17  knowledge, or information or belief, to enable Defendants to answer the allegations

18  contained within such paragraph, as stated, and on those grounds deny generally and

19  specifically each and every of the allegations contained therein – and Defendants deny

20  all liability and/or wrongdoing.

21      73.    Answering paragraph 73 of the Complaint, under the header "Factual

22  Allegations Common to All Causes of Action": Defendants do not have sufficient

23  knowledge, or information or belief, to enable Defendants to answer the allegations

24  contained within such paragraph, as stated, and on those grounds deny generally and

25  specifically each and every of the allegations contained therein – and Defendants deny

26  all liability and/or wrongdoing.

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1                17
DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

74.    Answering paragraph 74 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

75.    Answering paragraph 75 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

76.    Answering paragraph 76 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

77.    Answering paragraph 77 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

78.    Answering paragraph 78 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  specifically each and every of the allegations contained therein – and Defendants deny
2  all liability and/or wrongdoing.

3      79.     Answering paragraph 79 of the Complaint, under the header "Factual
4  Allegations Common to All Causes of Action": Defendants do not have sufficient
5  knowledge, or information or belief, to enable Defendants to answer the allegations
6  contained within such paragraph, as stated, and on those grounds deny generally and
7  specifically each and every of the allegations contained therein – and Defendants deny
8  all liability and/or wrongdoing.

9      80.     Answering paragraph 80 of the Complaint, under the header "Factual
10  Allegations Common to All Causes of Action": Defendants do not have sufficient
11  knowledge, or information or belief, to enable Defendants to answer the allegations
12  contained within such paragraph, as stated, and on those grounds deny generally and
13  specifically each and every of the allegations contained therein – and Defendants deny
14  all liability and/or wrongdoing.

15      81.     Answering paragraph 81 of the Complaint, under the header "Factual
16  Allegations Common to All Causes of Action": Defendants do not have sufficient
17  knowledge, or information or belief, to enable Defendants to answer the allegations
18  contained within such paragraph, as stated, and on those grounds deny generally and
19  specifically each and every of the allegations contained therein – and Defendants deny
20  all liability and/or wrongdoing.

21      82.     Answering paragraph 82 of the Complaint, under the header "Factual
22  Allegations Common to All Causes of Action": Defendants do not have sufficient
23  knowledge, or information or belief, to enable Defendants to answer the allegations
24  contained within such paragraph, as stated, and on those grounds deny generally and
25  specifically each and every of the allegations contained therein – and Defendants deny
26  all liability and/or wrongdoing.

27  / / /
28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

83.    Answering paragraph 83 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

84.    Answering paragraph 84 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

85.    Answering paragraph 85 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

86.    Answering paragraph 86 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

87.    Answering paragraph 87 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  specifically each and every of the allegations contained therein – and Defendants deny

2  all liability and/or wrongdoing.

3       88.    Answering paragraph 88 of the Complaint, under the header "Factual

4  Allegations Common to All Causes of Action": Defendants do not have sufficient

5  knowledge, or information or belief, to enable Defendants to answer the allegations

6  contained within such paragraph, as stated, and on those grounds deny generally and

7  specifically each and every of the allegations contained therein – and Defendants deny

8  all liability and/or wrongdoing.

9       89.    Answering paragraph 89 of the Complaint, under the header "Factual

10  Allegations Common to All Causes of Action": Defendants do not have sufficient

11  knowledge, or information or belief, to enable Defendants to answer the allegations

12  contained within such paragraph, as stated, and on those grounds deny generally and

13  specifically each and every of the allegations contained therein – and Defendants deny

14  all liability and/or wrongdoing.

15       90.    Answering paragraph 90 of the Complaint, under the header "Factual

16  Allegations Common to All Causes of Action": Defendants do not have sufficient

17  knowledge, or information or belief, to enable Defendants to answer the allegations

18  contained within such paragraph, as stated, and on those grounds deny generally and

19  specifically each and every of the allegations contained therein – and Defendants deny

20  all liability and/or wrongdoing.

21       91.    Answering paragraph 91 of the Complaint, under the header "Factual

22  Allegations Common to All Causes of Action": Defendants do not have sufficient

23  knowledge, or information or belief, to enable Defendants to answer the allegations

24  contained within such paragraph, as stated, and on those grounds deny generally and

25  specifically each and every of the allegations contained therein – and Defendants deny

26  all liability and/or wrongdoing.

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1                                    21
DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

92.     Answering paragraph 92 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

93.     Answering paragraph 93 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

94.     Answering paragraph 94 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

95.     Answering paragraph 95 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

96.     Answering paragraph 96 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  specifically each and every of the allegations contained therein – and Defendants deny
2  all liability and/or wrongdoing.

3      97.    Answering paragraph 97 of the Complaint, under the header "Factual
4  Allegations Common to All Causes of Action": Defendants do not have sufficient
5  knowledge, or information or belief, to enable Defendants to answer the allegations
6  contained within such paragraph, as stated, and on those grounds deny generally and
7  specifically each and every of the allegations contained therein – and Defendants deny
8  all liability and/or wrongdoing.

9      98.    Answering paragraph 98 of the Complaint, under the header "Factual
10  Allegations Common to All Causes of Action": Defendants do not have sufficient
11  knowledge, or information or belief, to enable Defendants to answer the allegations
12  contained within such paragraph, as stated, and on those grounds deny generally and
13  specifically each and every of the allegations contained therein – and Defendants deny
14  all liability and/or wrongdoing.

15      99.    Answering paragraph 99 of the Complaint, under the header "Factual
16  Allegations Common to All Causes of Action": Defendants do not have sufficient
17  knowledge, or information or belief, to enable Defendants to answer the allegations
18  contained within such paragraph, as stated, and on those grounds deny generally and
19  specifically each and every of the allegations contained therein – and Defendants deny
20  all liability and/or wrongdoing.

21      100.    Answering paragraph 100 of the Complaint, under the header "Factual
22  Allegations Common to All Causes of Action": Defendants do not have sufficient
23  knowledge, or information or belief, to enable Defendants to answer the allegations
24  contained within such paragraph, as stated, and on those grounds deny generally and
25  specifically each and every of the allegations contained therein – and Defendants deny
26  all liability and/or wrongdoing.

27  / / /
28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1

23

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

101.   Answering paragraph 101 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

102.   Answering paragraph 102 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

103.   Answering paragraph 103 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

104.   Answering paragraph 104 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

105.   Answering paragraph 105 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

106.    Answering paragraph 106 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

107.    Answering paragraph 107 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

108.    Answering paragraph 108 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

109.    Answering paragraph 109 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

110.   Answering paragraph 110 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

111.   Answering paragraph 111 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

112.   Answering paragraph 112 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

113.   Answering paragraph 113 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

114.   Answering paragraph 114 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   specifically each and every of the allegations contained therein – and Defendants deny

2   all liability and/or wrongdoing.

3        115.    Answering paragraph 115 of the Complaint, under the header "Factual

4   Allegations Common to All Causes of Action": Defendants do not have sufficient

5   knowledge, or information or belief, to enable Defendants to answer the allegations

6   contained within such paragraph, as stated, and on those grounds deny generally and

7   specifically each and every of the allegations contained therein – and Defendants deny

8   all liability and/or wrongdoing.

9        116.    Answering paragraph 116 of the Complaint, under the header "Factual

10  Allegations Common to All Causes of Action": Defendants do not have sufficient

11  knowledge, or information or belief, to enable Defendants to answer the allegations

12  contained within such paragraph, as stated, and on those grounds deny generally and

13  specifically each and every of the allegations contained therein – and Defendants deny

14  all liability and/or wrongdoing.

15       117.    Answering paragraph 117 of the Complaint, under the header "Factual

16  Allegations Common to All Causes of Action": Defendants do not have sufficient

17  knowledge, or information or belief, to enable Defendants to answer the allegations

18  contained within such paragraph, as stated, and on those grounds deny generally and

19  specifically each and every of the allegations contained therein – and Defendants deny

20  all liability and/or wrongdoing.

21       118.    Answering paragraph 118 of the Complaint, under the header "Factual

22  Allegations Common to All Causes of Action": Defendants do not have sufficient

23  knowledge, or information or belief, to enable Defendants to answer the allegations

24  contained within such paragraph, as stated, and on those grounds deny generally and

25  specifically each and every of the allegations contained therein – and Defendants deny

26  all liability and/or wrongdoing.

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

119.   Answering paragraph 119 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

120.   Answering paragraph 120 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

121.   Answering paragraph 121 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

122.   Answering paragraph 122 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

123.   Answering paragraph 123 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

124.    Answering paragraph 124 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

125.    Answering paragraph 125 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

126.    Answering paragraph 126 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

127.    Answering paragraph 127 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

128.   Answering paragraph 128 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

129.   Answering paragraph 129 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

130.   Answering paragraph 130 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

131.   Answering paragraph 131 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

132.   Answering paragraph 132 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

133.    Answering paragraph 133 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

134.    Answering paragraph 134 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

135.    Answering paragraph 135 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

136.    Answering paragraph 136 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

137.   Answering paragraph 137 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

138.   Answering paragraph 138 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

139.   Answering paragraph 139 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

140.   Answering paragraph 140 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

141.   Answering paragraph 141 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

142.    Answering paragraph 142 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

143.    Answering paragraph 143 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

144.    Answering paragraph 144 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

145.    Answering paragraph 145 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1                                           33
DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

146.   Answering paragraph 146 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

147.   Answering paragraph 147 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

148.   Answering paragraph 148 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

149.   Answering paragraph 149 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

150.   Answering paragraph 150 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1                                           34

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

151.    Answering paragraph 151 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

152.    Answering paragraph 152 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

153.    Answering paragraph 153 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

154.    Answering paragraph 154 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

155.   Answering paragraph 155 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

156.   Answering paragraph 156 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

157.   Answering paragraph 157 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

158.   Answering paragraph 158 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

159.   Answering paragraph 159 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

160.    Answering paragraph 160 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

161.    Answering paragraph 161 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

162.    Answering paragraph 162 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

163.    Answering paragraph 163 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

164.   Answering paragraph 164 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

165.   Answering paragraph 165 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

166.   Answering paragraph 166 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

167.   Answering paragraph 167 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

168.   Answering paragraph 168 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 grounds deny generally and specifically each and every of the allegations contained
2 therein – and Defendants deny all liability and/or wrongdoing.

3    169.   Answering paragraph 169 of the Complaint, under the header "Factual
4 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do
5 not have sufficient knowledge, or information or belief, to enable Defendants to
6 answer the allegations contained within such paragraph, as stated, and on those
7 grounds deny generally and specifically each and every of the allegations contained
8 therein – and Defendants deny all liability and/or wrongdoing.

9    170.   Answering paragraph 170 of the Complaint, under the header "Factual
10 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do
11 not have sufficient knowledge, or information or belief, to enable Defendants to
12 answer the allegations contained within such paragraph, as stated, and on those
13 grounds deny generally and specifically each and every of the allegations contained
14 therein – and Defendants deny all liability and/or wrongdoing.

15    171.   Answering paragraph 171 of the Complaint, under the header "Factual
16 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do
17 not have sufficient knowledge, or information or belief, to enable Defendants to
18 answer the allegations contained within such paragraph, as stated, and on those
19 grounds deny generally and specifically each and every of the allegations contained
20 therein – and Defendants deny all liability and/or wrongdoing.

21    172.   Answering paragraph 172 of the Complaint, under the header "Factual
22 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do
23 not have sufficient knowledge, or information or belief, to enable Defendants to
24 answer the allegations contained within such paragraph, as stated, and on those
25 grounds deny generally and specifically each and every of the allegations contained
26 therein – and Defendants deny all liability and/or wrongdoing.

27 / / /
28 / / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

173.   Answering paragraph 173 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

174.   Answering paragraph 174 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

175.   Answering paragraph 175 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

176.   Answering paragraph 176 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

177.   Answering paragraph 177 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

178.  Answering paragraph 178 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

179.  Answering paragraph 179 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

180.  Answering paragraph 180 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

181.  Answering paragraph 181 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

182.   Answering paragraph 182 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

183.   Answering paragraph 183 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

184.   Answering paragraph 184 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

185.   Answering paragraph 185 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

186.   Answering paragraph 186 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

187.   Answering paragraph 187 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

188.   Answering paragraph 188 of the Complaint, under the header "Punitive/Exemplary Damages Allegations": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

189.   Answering paragraph 189 of the Complaint, under the header "Punitive/Exemplary Damages Allegations": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

190.   Answering paragraph 190 of the Complaint, under the header "Punitive/Exemplary Damages Allegations": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

191.  Answering paragraph 191 of the Complaint, under the header "Punitive/Exemplary Damages Allegations": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

192.  Answering paragraph 192 of the Complaint, under the header "Punitive/Exemplary Damages Allegations": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

193.  Answering paragraph 193 of the Complaint, under the header "Pre-Death Pain and Suffering Damages Allegations": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

194.  Answering paragraph 194 of the Complaint, under the header "First Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 193, inclusive, of the Complaint.

195.  Answering paragraph 195 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

196.  Answering paragraph 196 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

197.  Answering paragraph 197 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

198.  Answering paragraph 198 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

199.  Answering paragraph 199 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

200.  Answering paragraph 200 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1

45

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

1   every of the allegations contained therein – and Defendants deny all liability and/or

2   wrongdoing.

3       201.  Answering paragraph 201 of the Complaint, under the header "First

4   Cause of Action": Defendants do not have sufficient knowledge, or information or

5   belief, to enable Defendants to answer the allegations contained within such

6   paragraph, as stated, and on those grounds deny generally and specifically each and

7   every of the allegations contained therein – and Defendants deny all liability and/or

8   wrongdoing.

9       202.  Answering paragraph 202 of the Complaint, under the header "First

10  Cause of Action": Defendants do not have sufficient knowledge, or information or

11  belief, to enable Defendants to answer the allegations contained within such

12  paragraph, as stated, and on those grounds deny generally and specifically each and

13  every of the allegations contained therein – and Defendants deny all liability and/or

14  wrongdoing.

15      203.  Answering paragraph 203 of the Complaint, under the header "First

16  Cause of Action": Defendants do not have sufficient knowledge, or information or

17  belief, to enable Defendants to answer the allegations contained within such

18  paragraph, as stated, and on those grounds deny generally and specifically each and

19  every of the allegations contained therein – and Defendants deny all liability and/or

20  wrongdoing.

21      204.  Answering paragraph 204 of the Complaint, under the header "First

22  Cause of Action": Defendants do not have sufficient knowledge, or information or

23  belief, to enable Defendants to answer the allegations contained within such

24  paragraph, as stated, and on those grounds deny generally and specifically each and

25  every of the allegations contained therein – and Defendants deny all liability and/or

26  wrongdoing.

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1

46

205.  Answering paragraph 205 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

206.  Answering paragraph 206 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

207.  Answering paragraph 207 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

208.  Answering paragraph 208 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

209.  Answering paragraph 209 of the Complaint, under the header "First Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and

1  every of the allegations contained therein – and Defendants deny all liability and/or
2  wrongdoing.

3      210.   Answering paragraph 210 of the Complaint, under the header "First
4  Cause of Action": Defendants do not have sufficient knowledge, or information or
5  belief, to enable Defendants to answer the allegations contained within such
6  paragraph, as stated, and on those grounds deny generally and specifically each and
7  every of the allegations contained therein – and Defendants deny all liability and/or
8  wrongdoing.

9      211.   Answering paragraph 211 of the Complaint, under the header "First
10  Cause of Action": Defendants do not have sufficient knowledge, or information or
11  belief, to enable Defendants to answer the allegations contained within such
12  paragraph, as stated, and on those grounds deny generally and specifically each and
13  every of the allegations contained therein – and Defendants deny all liability and/or
14  wrongdoing.

15      212.   Answering paragraph 212 of the Complaint, under the header "Second
16  Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and
17  denials contained in the foregoing Answer which are set forth to each and every
18  allegation contained in paragraphs 1 through 211, inclusive, of the Complaint.

19      213.   Answering paragraph 213 of the Complaint, under the header "Second
20  Cause of Action": Defendants do not have sufficient knowledge, or information or
21  belief, to enable Defendants to answer the allegations contained within such
22  paragraph, as stated, and on those grounds deny generally and specifically each and
23  every of the allegations contained therein – and Defendants deny all liability and/or
24  wrongdoing.

25      214.   Answering paragraph 214 of the Complaint, under the header "Second
26  Cause of Action": Defendants do not have sufficient knowledge, or information or
27  belief, to enable Defendants to answer the allegations contained within such
28  paragraph, as stated, and on those grounds deny generally and specifically each and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  every of the allegations contained therein – and Defendants deny all liability and/or
2  wrongdoing.

3      215.   Answering paragraph 215 of the Complaint, under the header "Second
4  Cause of Action": Defendants do not have sufficient knowledge, or information or
5  belief, to enable Defendants to answer the allegations contained within such
6  paragraph, as stated, and on those grounds deny generally and specifically each and
7  every of the allegations contained therein – and Defendants deny all liability and/or
8  wrongdoing.

9      216.   Answering paragraph 216 of the Complaint, under the header "Second
10 Cause of Action": Defendants do not have sufficient knowledge, or information or
11 belief, to enable Defendants to answer the allegations contained within such
12 paragraph, as stated, and on those grounds deny generally and specifically each and
13 every of the allegations contained therein – and Defendants deny all liability and/or
14 wrongdoing.

15     217.   Answering paragraph 217 of the Complaint, under the header "Second
16 Cause of Action": Defendants do not have sufficient knowledge, or information or
17 belief, to enable Defendants to answer the allegations contained within such
18 paragraph, as stated, and on those grounds deny generally and specifically each and
19 every of the allegations contained therein – and Defendants deny all liability and/or
20 wrongdoing.

21     218.   Answering paragraph 218 of the Complaint, under the header "Second
22 Cause of Action": Defendants do not have sufficient knowledge, or information or
23 belief, to enable Defendants to answer the allegations contained within such
24 paragraph, as stated, and on those grounds deny generally and specifically each and
25 every of the allegations contained therein – and Defendants deny all liability and/or
26 wrongdoing.

27 / / /
28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

219.   Answering paragraph 219 of the Complaint, under the header "Second Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

220.   Answering paragraph 220 of the Complaint, under the header "Third Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 219, inclusive, of the Complaint.

221.   Answering paragraph 221 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

222.   Answering paragraph 222 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

223.   Answering paragraph 223 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

224.   Answering paragraph 224 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

225.   Answering paragraph 225 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

226.   Answering paragraph 226 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

227.   Answering paragraph 227 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

228.   Answering paragraph 228 of the Complaint, under the header "Third Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  every of the allegations contained therein – and Defendants deny all liability and/or
2  wrongdoing.

3      229.   Answering paragraph 229 of the Complaint, under the header "Third
4  Cause of Action": Defendants do not have sufficient knowledge, or information or
5  belief, to enable Defendants to answer the allegations contained within such
6  paragraph, as stated, and on those grounds deny generally and specifically each and
7  every of the allegations contained therein – and Defendants deny all liability and/or
8  wrongdoing.

9      230.   Answering paragraph 230 of the Complaint, under the header "Third
10  Cause of Action": Defendants do not have sufficient knowledge, or information or
11  belief, to enable Defendants to answer the allegations contained within such
12  paragraph, as stated, and on those grounds deny generally and specifically each and
13  every of the allegations contained therein – and Defendants deny all liability and/or
14  wrongdoing.

15      231.   Answering paragraph 231 of the Complaint, under the header "Third
16  Cause of Action": Defendants do not have sufficient knowledge, or information or
17  belief, to enable Defendants to answer the allegations contained within such
18  paragraph, as stated, and on those grounds deny generally and specifically each and
19  every of the allegations contained therein – and Defendants deny all liability and/or
20  wrongdoing.

21      232.   Answering paragraph 232 of the Complaint, under the header "Third
22  Cause of Action": Defendants do not have sufficient knowledge, or information or
23  belief, to enable Defendants to answer the allegations contained within such
24  paragraph, as stated, and on those grounds deny generally and specifically each and
25  every of the allegations contained therein – and Defendants deny all liability and/or
26  wrongdoing.

27  / / /
28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1

52

233.   Answering paragraph 233 of the Complaint, under the header "Fourth Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 232, inclusive, of the Complaint.

234.   Answering paragraph 234 of the Complaint, under the header "Fourth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

235.   Answering paragraph 235 of the Complaint, under the header "Fourth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

236.   Answering paragraph 236 of the Complaint, under the header "Fourth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

237.   Answering paragraph 237 of the Complaint, under the header "Fourth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1

53

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

238.  Answering paragraph 238 of the Complaint, under the header "Fourth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

239.  Answering paragraph 239 of the Complaint, under the header "Fourth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

240.  Answering paragraph 240 of the Complaint, under the header "Fourth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

241.  Answering paragraph 241 of the Complaint, under the header "Fifth Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 240, inclusive, of the Complaint.

242.  Answering paragraph 242 of the Complaint, under the header "Fifth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1

54

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

243.  Answering paragraph 243 of the Complaint, under the header "Fifth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

244.  Answering paragraph 244 of the Complaint, under the header "Fifth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

245.  Answering paragraph 245 of the Complaint, under the header "Fifth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

246.  Answering paragraph 246 of the Complaint, under the header "Fifth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

247.  Answering paragraph 247 of the Complaint, under the header "Fifth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   every of the allegations contained therein – and Defendants deny all liability and/or

2   wrongdoing.

3        248.   Answering paragraph 248 of the Complaint, under the header "Fifth

4   Cause of Action": Defendants do not have sufficient knowledge, or information or

5   belief, to enable Defendants to answer the allegations contained within such

6   paragraph, as stated, and on those grounds deny generally and specifically each and

7   every of the allegations contained therein – and Defendants deny all liability and/or

8   wrongdoing.

9        249.   Answering paragraph 249 of the Complaint, under the header "Fifth

10  Cause of Action": Defendants do not have sufficient knowledge, or information or

11  belief, to enable Defendants to answer the allegations contained within such

12  paragraph, as stated, and on those grounds deny generally and specifically each and

13  every of the allegations contained therein – and Defendants deny all liability and/or

14  wrongdoing.

15       250.   Answering paragraph 250 of the Complaint, under the header "Sixth

16  Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and

17  denials contained in the foregoing Answer which are set forth to each and every

18  allegation contained in paragraphs 1 through 249, inclusive, of the Complaint.

19       251.   Answering paragraph 251 of the Complaint, under the header "Sixth

20  Cause of Action": Defendants do not have sufficient knowledge, or information or

21  belief, to enable Defendants to answer the allegations contained within such

22  paragraph, as stated, and on those grounds deny generally and specifically each and

23  every of the allegations contained therein – and Defendants deny all liability and/or

24  wrongdoing.

25       252.   Answering paragraph 252 of the Complaint, under the header "Sixth

26  Cause of Action": Defendants do not have sufficient knowledge, or information or

27  belief, to enable Defendants to answer the allegations contained within such

28  paragraph, as stated, and on those grounds deny generally and specifically each and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1                                    56

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

253. Answering paragraph 253 of the Complaint, under the header "Sixth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

254. Answering paragraph 254 of the Complaint, under the header "Sixth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

255. Answering paragraph 255 of the Complaint, under the header "Sixth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

256. Answering paragraph 256 of the Complaint, under the header "Sixth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

257.   Answering paragraph 257 of the Complaint, under the header "Seventh Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 256, inclusive, of the Complaint.

258.   Answering paragraph 258 of the Complaint, under the header "Seventh Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

259.   Answering paragraph 259 of the Complaint, under the header "Seventh Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

260.   Answering paragraph 260 of the Complaint, under the header "Seventh Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

261.   Answering paragraph 261 of the Complaint, under the header "Seventh Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

262.   Answering paragraph 262 of the Complaint, under the header "Eighth Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 261, inclusive, of the Complaint.

263.   Answering paragraph 263 of the Complaint, under the header "Eighth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

264.   Answering paragraph 264 of the Complaint, under the header "Eighth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

265.   Answering paragraph 265 of the Complaint, under the header "Eighth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

266.   Answering paragraph 266 of the Complaint, under the header "Ninth Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 265, inclusive, of the Complaint.

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1                                                     59
DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

267.   Answering paragraph 267 of the Complaint, under the header "Ninth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

268.   Answering paragraph 268 of the Complaint, under the header "Ninth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

269.   Answering paragraph 269 of the Complaint, under the header "Ninth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

270.   Answering paragraph 270 of the Complaint, under the header "Ninth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

271.   Answering paragraph 271 of the Complaint, under the header "Ninth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1

60

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

1 every of the allegations contained therein – and Defendants deny all liability and/or

2 wrongdoing.

3      272.   Answering paragraph 272 of the Complaint, under the header "Ninth

4 Cause of Action": Defendants do not have sufficient knowledge, or information or

5 belief, to enable Defendants to answer the allegations contained within such

6 paragraph, as stated, and on those grounds deny generally and specifically each and

7 every of the allegations contained therein – and Defendants deny all liability and/or

8 wrongdoing.

9      273.   Answering paragraph 273 of the Complaint, under the header "Ninth

10 Cause of Action": Defendants do not have sufficient knowledge, or information or

11 belief, to enable Defendants to answer the allegations contained within such

12 paragraph, as stated, and on those grounds deny generally and specifically each and

13 every of the allegations contained therein – and Defendants deny all liability and/or

14 wrongdoing.

15      274.   Answering paragraph 274 of the Complaint, under the header "Ninth

16 Cause of Action": Defendants do not have sufficient knowledge, or information or

17 belief, to enable Defendants to answer the allegations contained within such

18 paragraph, as stated, and on those grounds deny generally and specifically each and

19 every of the allegations contained therein – and Defendants deny all liability and/or

20 wrongdoing.

21      275.   Answering paragraph 275 of the Complaint, under the header "Tenth

22 Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and

23 denials contained in the foregoing Answer which are set forth to each and every

24 contained in paragraphs 1 through 274, inclusive, of the Complaint.

25      276.   Answering paragraph 276 of the Complaint, under the header "Tenth

26 Cause of Action": Defendants do not have sufficient knowledge, or information or

27 belief, to enable Defendants to answer the allegations contained within such

28 paragraph, as stated, and on those grounds deny generally and specifically each and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1

61

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

1  every of the allegations contained therein – and Defendants deny all liability and/or
2  wrongdoing.

3      277.  Answering paragraph 277 of the Complaint, under the header "Tenth
4  Cause of Action": Defendants do not have sufficient knowledge, or information or
5  belief, to enable Defendants to answer the allegations contained within such
6  paragraph, as stated, and on those grounds deny generally and specifically each and
7  every of the allegations contained therein – and Defendants deny all liability and/or
8  wrongdoing.

9      278.  Answering paragraph 278 of the Complaint, under the header "Tenth
10  Cause of Action": Defendants do not have sufficient knowledge, or information or
11  belief, to enable Defendants to answer the allegations contained within such
12  paragraph, as stated, and on those grounds deny generally and specifically each and
13  every of the allegations contained therein – and Defendants deny all liability and/or
14  wrongdoing.

15      279.  Answering paragraph 279 of the Complaint, under the header "Tenth
16  Cause of Action": Defendants do not have sufficient knowledge, or information or
17  belief, to enable Defendants to answer the allegations contained within such
18  paragraph, as stated, and on those grounds deny generally and specifically each and
19  every of the allegations contained therein – and Defendants deny all liability and/or
20  wrongdoing.

21      280.  Answering paragraph 280 of the Complaint, under the header "Tenth
22  Cause of Action": Defendants do not have sufficient knowledge, or information or
23  belief, to enable Defendants to answer the allegations contained within such
24  paragraph, as stated, and on those grounds deny generally and specifically each and
25  every of the allegations contained therein – and Defendants deny all liability and/or
26  wrongdoing.

27  / / /
28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

62

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

281.   Answering paragraph 281 of the Complaint, under the header "Tenth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

282.   Answering paragraph 282 of the Complaint, under the header "Tenth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

283.   Answering paragraph 283 of the Complaint, under the header "Tenth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

284.   Answering paragraph 284 of the Complaint, under the header "Tenth Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

285.   Answering paragraph 285 of the Complaint, under the header "Eleventh Cause of Action": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 284, inclusive, of the Complaint.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

286.   Answering paragraph 286 of the Complaint, under the header "Eleventh Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

287.   Answering paragraph 287 of the Complaint, under the header "Eleventh Cause of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

## AFFIRMATIVE DEFENSES

1.   As separate and affirmative defenses, Defendants alleges as follows[1]:

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State Claim, Statute of Limitations)

2.   Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

3.   Plaintiffs' Complaint also fails to state a claim against any defendant in this action.

4.   Plaintiffs' claims are time-barred by the operative statutes of limitations (including, but not limited to, Cal. Code Civ. Proc. § 335.1).

/ / /

/ / /

/ / /

---

[1] For purposes of affirmative defenses, affirmative defenses that reference "Plaintiffs" shall also be construed to apply, wherever feasible, to Plaintiffs' decedent.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

## SECOND AFFIRMATIVE DEFENSE

### (Tort Claims Act Violation)

5.    This action is barred by the Plaintiffs' failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including, but not limited to, §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 946.6, 950.2, and 950.6, to the extent applicable.

6.    The Complaint is barred based on Plaintiffs' failure to exhaust administrative remedies prior to filing this lawsuit.

## THIRD AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, Unclean Hands)

7.    Defendants allege that Plaintiffs' action is barred by reason of conduct, actions, and inactions of Plaintiffs which amount to and constitute waiver of any right Plaintiffs may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop Plaintiffs from recovery in this action, including, but not limited to, the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

8.    Plaintiffs' claims are barred or limited to the extent Plaintiffs failed to mitigate Plaintiffs' injuries or damages, if there were any. Plaintiffs failed to mitigate the damages, if any, which Plaintiffs have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, Plaintiffs failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries, and any failed to take reasonable precautions to reduce any injuries and damages.

## FIFTH AFFIRMATIVE DEFENSE

### (Contributory and/or Comparative Liability)

9.    Plaintiffs' claims are barred or limited by Plaintiffs' contributory/comparative negligence or other conduct, acts, or omissions, and to the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141438096.1

65

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

extent any Plaintiffs suffered any injury or damages, it was the result of Plaintiffs' own negligent or deliberate actions or omissions.

10.    Plaintiffs' recovery is barred because any injury or damage suffered by Plaintiffs was caused solely by reason of the Plaintiffs' wrongful acts and conduct and the willful resistance to a peace officer in the discharge of their duties.  The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith believe that it was correct and no action may be taken against the answering Defendant on account of such conduct.

## SIXTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Others' Torts)

11.    Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Cal. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

12.    The answering Defendants are informed and believe and thereon allege that if Plaintiffs sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other entities or persons other than the answer Defendants.  To the extent that Plaintiffs' damages were so caused, any recovery by Plaintiffs as against the answer Defendants should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

## SEVENTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Discretionary Acts)

13.    There is no liability for any injury or damages, if there were any, resulting from an exercise of discretion vested in a public employee, whether or not such discretion as abused.  Cal. Gov. Code §§ 815.2, 820.2, 820.4, 820.8, *et seq.*

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

14.     Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

15.     A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by their issuance, denial, suspension or revocation or by their failure or refusal to issue, deny, suspend, or revoke, any permit, license, certificate, approval, order, or similar authorization, where they are authorized by enactment to determine whether or not such authorization should be issued, denied, suspended, or revoked, pursuant to Cal. Gov. Code §§ 818.2, 818.4, 818.8, 821, and 821.2.   Based thereon, answering Defendants are immune from liability for any injuries claimed by Plaintiffs, herein.

16.     The answering Defendants are immune for any detriment resulting from any of its actions or omissions at the time of the incident of which Plaintiffs complain pursuant to Cal. Gov. Code §§ 810 *et seq.*, 815 *et seq.*, 820 *et seq.*, and 845 *et seq.*, including, but not limited to, Cal Gov. Code §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Cal. Gov. Code §§ 854, *et seq.*, including, but not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8, and 856.4.

## EIGHTH AFFIRMATIVE DEFENSE

### (Public Entity Immunity)

17.     To the extent that the Complaint attempts to predicate liability upon the County or any employees thereof for purported negligent in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Cal. Gov. Code §§ 815.2 and 820.2 and *Herndon v. Cnty. of Marin*, 25 Cal. App. 3d 933, 935, 936 (1972), *rev'd on other grounds by Sullivan v. Cnty. of Los Angeles*, 12 Cal. 3d 710 (1974); and by lack of any duty running to any Plaintiffs; by the fact that any such purported act or omission is governed exclusively by statute and is

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

outside the purview of any public employees' authority; and by the failure of any such acts or omissions to the proximate or legal cause of any injury alleged in the complaint. *See de Villers v. Cnty. of San Diego*, 156 Cal. App. 4th 238, 251-253, 255-56 (2007).

18.    The Defendants may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate. Cal. Gov. Code §§ 844.6, 845.6; Cal. Civ. Code § 2351; *Malloy v. Fong¸*37 Cal. 2d 356, 378-79 (1951); *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978); *Larez v. City of Los Angeles*, 946 F.2d 630, 645-46 (9th Cir. 1991); *cf. City of Canton v. Harris*, 489 U.S. 378, 388-89 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

## NINTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

19.    The County and its agents or officers at all times relevant to this action acted reasonably and prudently under the circumstances. Defendant therefore asserts any individual defendants' (that have been or may be named by Plaintiffs) qualified immunity from liability to the fullest extent applicable.

20.    Defendants are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate. Defendants are immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that their acts and conduct were appropriate. Defendants are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established rights. Defendants are also immune from liability under the doctrine of Qualified Immunity.

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

21.    At all relevant times, the County and its agents or officers acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws. *Harlow v. Fitzgerald*, 457 U.S. 800 (1982); Cal Gov. Code §§ 815.2, 820.2.

## **TENTH AFFIRMATIVE DEFENSE**

### **(Assumption of Risk)**

22.    At the time and place referred to in the Complaint, and before such event, Plaintiffs knew, appreciated, and understood each and every risk involved in placing themselves in the position which Plaintiffs then assumed, and willingly, knowingly, and voluntarily assumed each of such risk, including, but not limited to, the risk of suffering personal bodily injury, lawful deprivation of rights, and/or death.

## **PRAYER FOR RELIEF**

WHEREFORE, the answering Defendants pray as follows:

1.    That the Complaint be dismissed, with prejudice, and in its entirety;

2.    That Plaintiffs take nothing by reason of this Complaint and that judgment be entered against Plaintiffs and in favor of Defendants;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

3.    That Defendants be awarded attorneys' fees and costs of this suit and costs of proof; and

4.    That Defendants be awarded such other relief as the Court deems just.

DATED:  June 14, 2024        LEWIS BRISBOIS BISGAARD & SMITH LLP


By:  ___/s/ *Lilit Arabyan*___
        TONY M. SAIN
        ABIGAIL J. R. McLAUGHLIN
        LILIT ARABYAN
     Attorneys for Defendants,
     COUNTY OF RIVERSIDE, RIVERSIDE
     COUNTY SHERIFF'S DEPARTMENT,
     SHERIFF CHAD BIANCO, EDWARD
     DELGADO, JAMES KRACHMER,
     DAVID HOLM, MARIO CORREA;
     DONALD MILL;  HOWARD MCNEIL;
     CHARLES TANGER; PATRICK LINDO;
     ALAN DEWIT; THOMAS WALKER;
     JAMES GRIESENGE;, SPENCER
     RUSTAD; JUSTIN WILLIAMS; JESSEE
     DEVERA; AARON PEREZ; SHIRLEY
     BAUTISTA; JUNE DORESTIN;
     JOANNA RIOS-MONTOYA; SARAH
     PUGH; AND HOA TRUC VU

DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY

1

2

## <u>JURY DEMAND</u>

3

Defendants demand a trial by jury as to each issue triable by jury.

4

5

DATED:  June 14, 2024          LEWIS BRISBOIS BISGAARD & SMITH LLP

6

7

8

By: _____
        /s/ *Lilit Arabyan*

9

        TONY M. SAIN

        ABIGAIL J. R. McLAUGHLIN

10

        LILIT ARABYAN

11

Attorneys for Defendants,

COUNTY OF RIVERSIDE, RIVERSIDE

12

COUNTY SHERIFF'S DEPARTMENT,

SHERIFF CHAD BIANCO, EDWARD

13

DELGADO, JAMES KRACHMER,

DAVID HOLM, MARIO CORREA;

14

DONALD MILL;  HOWARD MCNEIL;

15

CHARLES TANGER; PATRICK LINDO;

ALAN DEWIT; THOMAS WALKER;

16

JAMES GRIESENGE;, SPENCER

17

RUSTAD; JUSTIN WILLIAMS; JESSEE

DEVERA; AARON PEREZ; SHIRLEY

18

BAUTISTA; JUNE DORESTIN;

19

JOANNA RIOS-MONTOYA; SARAH

PUGH; AND HOA TRUC VU

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

2

## FEDERAL COURT PROOF OF SERVICE
Estate of Mario Solis v. County of Riverside, et al.
USDC Case No. 5:23-cv-00989-HDV-SP; C/M# 51446-41

3    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4

5

6

    At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

7

8

    On June 17, 2024, I served the following document(s): DEFENDANTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

9     I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

10                    **SEE ATTACHED SERVICE LIST**

11     The documents were served by the following means:

12

13

☒    (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

14

15

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

16     Executed on June 17, 2024, at Los Angeles, California.

17

18



19 _____
    Chris Trestrail

20

21

22

23

24

25

26

27

28



**SERVICE LIST**
**Estate of Mario Solis v. County of Riverside, et al.**
**USDC Case No. 5:23-cv-00989-HDV-SP; C/M# 51446-41**

| | |
|---|---|
| Denisse O. Gastelum, Esq.<br>GASTELUM LAW, APC<br>3767 Worsham Avenue<br>Long Beach, CA 90808 | **Attorney for Plaintiffs,**<br>ESTATE OF MARIO SOLIS, by and through successor in interest, Sara Solis; SARA SOLIS, individually<br><br>Telephone:   213.340.6112<br>Facsimile:   213.402.8622<br>Email:<br>dgastelum@gastelumfirm.com<br>kaguilar@gastelumfirm.com<br>epoyer@gastelumfirm.com<br>sestradavillela@gastelumfirm.com |
| Christian Contreras, Esq.<br>THE LAW OFFICES OF CHRISTIAN CONTRERAS<br>360 East 2nd Street, 8th Floor<br>Los Angeles, CA 90012 | **Attorney for Plaintiffs,**<br>ESTATE OF MARIO SOLIS, by and through successor in interest, Sara Solis; SARA SOLIS, individually<br><br>Telephone:   323.435.8000<br>Facsimile:   323.597.0101<br>Email:<br>CC@Contreras-Law.com<br>al@contreras-law.com<br>es@contreras-law.com |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW